1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>PAM BARNES, et al.,<br><br>Defendants. | No. 2:23-CV-0933-TLN-DMC<br><br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 2, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed November 2, 2023 (ECF No. 12) are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with Court Orders and Local Rules; and

3. The Clerk of the Court is directed to close this case.

Date: December 20, 2023

Troy L. Nunley
United States District Judge